MARGARET P. JOHNSTONE, Appellant, v. ROBERT S. JOHNSTONE, Respondent.—

Judgment modified by allowing alimony in the sum of $7,500 per annum, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [130 Misc. 243.]

KALMAN KLAUSNER, Respondent, v. QUEENS FUR DRESSING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [130 Misc. 579.]